Certificate Number: 17082-ILN-DE-037215911

Bankruptcy Case Number: 23-01698



17082-ILN-DE-037215911

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2023, at 12:17 o'clock PM MST, SHAVETTE L LOVEMORE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  February 27, 2023

By:  /s/Eli Hernandez

Name:  Eli Hernandez

Title:  Customer Service Representative